U.S.

v.

**Michael A. HEXIMER**

**No. 17-0432/CG**

U.S. Court of Appeals for
the Armed Forces.

August 4, 2017

CCA 1434

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Timothy R. SLACK**

**No. 17-0422/AR**

U.S. Court of Appeals for
the Armed Forces.

August 7, 2017

CCA 20150352

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Isaiah E. SAUNDERS**

**No. 17-0451/AR**

U.S. Court of Appeals for
the Armed Forces.

August 4, 2017

CCA 20160346

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Steven R. BICKHAM, Jr.**

**No. 17-0497/AF**

U.S. Court of Appeals for
the Armed Forces.

August 7, 2017

CCA S32400

DAILY JOURNAL

Petitions for Grant of Review Denied

